IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | § § § | |
|---|---|---|
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 1:11-cv-827-LY |
| TEXAS DEPARTMENT OF AGRICULTURE, AND TEXAS GENERAL LAND OFFICE, | § § § § | |
| Defendants. | § | |

## ADVISORY TO COURT REGARDING VACATION

TO THE HONORABLE JUDGE OF SAID COURT:

1.  Plaintiff, EEOC, hereby notifies the Court and all counsel of record in the above referenced civil action that the EEOC's attorney-in-charge, Patrick M. Connor, will be on vacation from May 4, 2012, through May 11, 2012.

2.  As such, Plaintiff respectfully requests that no hearings or other similar matters be set during that time.

Respectfully submitted,

/s/ Patrick M. Connor
_____
PATRICK M. CONNOR
Trial Attorney
Texas State Bar No. 24076165
E-mail: patrick.connor@eeoc.gov

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
San Antonio Field Office
5410 Fredericksburg Road, Suite 200
San Antonio, Texas 78229-3555

Telephone: (210) 281-7636
Facsimile: (210) 281-7669

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of March 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>Timothy E. Bray
>Assistant Attorney General
>General Litigation Division
>P.O. Box 12548
>Austin, Texas 78711

>/s/ Patrick M. Connor
>_____
>PATRICK M. CONNOR