IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | § § § § § § § § § § § § § § § § § | |
| And | | |
| UNITED STATES OF AMERICA, | | |
| Plaintiffs, | | Civil Action No.: 1:11-CV-827-LY |
| v. | | |
| TEXAS DEPARTMENT OF AGRICULTURE, | | |
| And | | |
| TEXAS GENERAL LAND OFFICE, | | |
| Defendants. | | |

**JOINT MOTION TO DISMISS PURSUANT TO
COMPROMISE AND SETTLEMENT AGREEMENT**

Plaintiffs, the Equal Employment Opportunity Commission ("EEOC") and the United States of America ("United States"), and Defendants, the Texas Department of Agriculture ("TDA") and the Texas General Land Office ("GLO") (hereinafter collectively "Defendants"), jointly move this Court to enter and approve the filing of the Compromise and Settlement Agreement ("Agreement") attached to this Motion as **Exhibit "A"**, and to dismiss this action pursuant to the Agreement. In support of this Motion, the parties state as follows:

1. The parties have agreed to terms of monetary and other relief that will resolve this lawsuit without the further time and expense of litigation.

2. The terms of their agreement are set forth in a Compromise and Settlement Agreement attached hereto (Exhibit "A").

3. The parties have agreed to have this Compromise and Settlement Agreement filed

1

as the final resolution document.

WHEREFORE, the parties respectfully request that the Court approve the filing of the Compromise and Settlement Agreement and enter it into the record of this case, and dismiss this case with prejudice pursuant to the terms of the Agreement.

|  | Respectfully submitted, |
|---|---|
| P. DAVID LOPEZ<br>General Counsel<br>JAMES L. LEE<br>Deputy General Counsel<br>GWENDOLYN YOUNG REAMS<br>Associate General Counsel | OFFICE OF THE ATTORNEY GENERAL<br>General Litigation Division<br>300 W. 15th Street, 11th Floor<br>Austin, Texas 78701<br>Telephone: (512) 463-2120<br>Facsimile: (512) 320-0667 |
| By: /s/ Robert A. Canino<br>ROBERT A. CANINO<br>Regional Attorney<br>Oklahoma State Bar No. 011782 | By: /s/ Drew L. Harris<br>DREW L. HARRIS<br>Assistant Attorney General<br>State Bar No. 24057887<br>drew.harris@texasattorneygeneral.gov |
| /s/ Judith G. Taylor<br>JUDITH G. TAYLOR<br>Supervisory Trial Attorney<br>Texas State Bar No. 19708300<br>judith.taylor@eeoc.gov | **Attorneys for Defendant**<br>**Texas Department of Agriculture**<br><br>BEATTY BANGLE STRAMA P.C.<br>400 West 15th Street, Suite 1450<br>Austin, Texas 78701 |
| /s/ Patrick M. Connor<br>PATRICK M. CONNOR<br>Trial Attorney<br>Texas State Bar No. 24076165<br>patrick.connor@eeoc.gov | Telephone: (512) 879-5050<br>Facsimile: (512) 879-5040 |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>San Antonio Field Office<br>5410 Fredericksburg Road, Suite 200<br>San Antonio, Texas 78229-3555<br>Telephone: (210) 281-7636<br>Facsimile: (210) 281-7669 | By: /s/ Matthew R. Beatty<br>MATTHEW R. BEATTY<br>State Bar No. 24001169<br>mbeatty@bbsfirm.com<br>BRIAN C. POTTER<br>State Bar No. 24065921 |
| **Attorneys for Plaintiff Equal Employment Opportunity Commission** | **Attorneys for Defendant Texas General Land Office** |

*For Plaintiff United States of America:*

THOMAS E. PEREZ
Assistant Attorney General
Civil Rights Division

By: __/ss/ Delora L. Kennebrew_____
DELORA L. KENNEBREW (GA Bar No. 414320)
Chief
Employment Litigation Section

__/s/ Audrey Wiggins_____
AUDREY WIGGINS (DC Bar No. 461662)
Deputy Chief
Audrey.Wiggins@usdoj.gov

__/s/ Amy M. Kurren__ _____
AMY M. KURREN (CA Bar No. 270423)
BRIAN MCENTIRE (VA Bar No. 48552)
Trial Attorneys
U.S. Department of Justice
Civil Rights Division
Employment Litigation Section
950 Pennsylvania Avenue, NW
Patrick Henry Building, Room 4238
Washington, DC 20530
Amy.Kurren@usdoj.gov
Telephone: (202) 305-7416
Facsimile: (202) 514-1005

ROBERT PITMAN
United States Attorney

ZACHARY C. RICHTER (TX Bar No. 24041772)
Assistant United States Attorney
United States Attorney's Office
Western District of Texas
816 Congress Avenue, Suite 1000
Austin, TX 78701
Telephone: (512) 370-1254

**Attorneys for Plaintiff United States of America**