IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br>and<br><br>UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>TEXAS DEPARTMENT OF AGRICULTURE,<br><br>and<br><br>TEXAS GENERAL LAND OFFICE,<br><br>Defendants. | Civil Action No.: 1:11-CV-827-LY |

## ORDER OF DISMISSAL PURSUANT TO COMPROMISE AND SETTLEMENT AGREEMENT

BE IT REMEMBERED that on this day, the Court considered the Parties' Joint Motion to Dismiss Pursuant to Compromise and Settlement Agreement. The Court hereby enters the Compromise and Settlement Agreement as part of the record for this case. The Court further dismisses the case with PREJUDICE pursuant to the terms of the Compromise and Settlement Agreement.

Signed this _____ day of _____ 2012.

HONORABLE LEE YEAKEL
UNITED STATES DISTRICT JUDGE