IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, § § § PLAINTIFF, § § V. § TEXAS DEPARTMENT OF AGRICULTURE § AND GENERAL LAND OFFICE, § DEFENDANTS. § | CAUSE NO. A-11-CV-827-LY |

EQUAL EMPLOYMENT OPPORTUNITY §
COMMISSION, §
    PLAINTIFF, §
                      §
V.                              §   CAUSE NO. A-11-CV-827-LY
                      §
TEXAS DEPARTMENT OF AGRICULTURE §
AND GENERAL LAND OFFICE, §
    DEFENDANTS. §

## FINAL JUDGMENT

Before the court is the above entitled cause of action. On November 16, 2012, the parties filed a Joint Motion to Dismiss Pursuant to Compromise and Settlement Agreement (Doc. #55), which the court granted by separate order. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the cause hereby **CLOSED.**

SIGNED this _19th_ day of November, 2012.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE